McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-CR-00117-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JASON DAWSON, | |
| Defendant. | |

WHEREAS, on November 5, 2018, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Jason Dawson in the following property:

      a.   Astra Constable II .380 caliber pistol, serial number 47904; and

      b.   8 rounds of .380 caliber ammunition.

AND WHEREAS, beginning on November 11, 2018, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

///

AND WHEREAS, the United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

      a.     Steve Loewen: A notice letter was sent via certified mail to Steve Loewen at 2639 Jankins Rd., Bakersfield, CA 93314-9379 on November 9, 2018. The envelope was returned "unclaimed" on December 7, 2018. A second notice letter was sent via certified mail to Steve Loewen at 2639 Jenkins Rd., Bakersfield, CA 93314-9379 on January 25, 2019. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on February 11, 2019.

AND WHEREAS, the Court has been advised that Steve Loewen has not filed a claim to the subject property and the time for him to file a claim has expired.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.     A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Jason Dawson and Steve Loewen.

2.     All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.     The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   __**March 29, 2019**__        _____**/s/ Lawrence J. O'Neill**_____
                                               UNITED STATES CHIEF DISTRICT JUDGE